LESTER MIRAGLIA, an Infant, by KATHERINE MIRAGLIA, His Guardian ad Litem. Respondent, v. HEGEMAN HARRIS COMPANY, INC., and CLARENCE L. SMITH, INC., Appellants, Impleaded with Another.— Judgment and order affirmed, with

costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.